IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| The Booth Family Trust | Case No. 2:05-cv-0860 |
| | Judge Sargus |
| vs. | Magistrate Judge Kemp |
| | |
| Michael S. Jeffries, et al. | |
| | |
| Robert Kemp | Case No. 2:05-cv-0964 |
| | Judge Sargus |
| vs. | Magistrate Judge Kemp |
| | |
| Russell M. Gertmenian, et al. | |
| | |
| Alfred Freed | Case No. 2:05-cv-0998 |
| | Judge Sargus |
| vs. | Magistrate Judge Kemp |
| | |
| Michael S. Jeffries, et al. | |
| | |
| Jennifer Chu | Case No. 2:05-cv-1084 |
| | Judge Sargus |
| | Magistrate Judge Kemp |
| vs. | |
| | |
| Russell M. Gertmenian, et al. | |

## **ORDER**

Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses is **GRANTED**. Plaintiffs are hereby awarded fees and expenses pursuant to the terms and conditions to which the Parties have agreed.

IT IS SO ORDERED.

12-19-2011

UNITED STATES DISTRICT JUDGE